AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

UNITED STATES OF AMERICA

V.

CRAIG E. DURHAM

**WARRANT FOR ARREST**

Case Number: CR 06-50-4-UNA

SEALED  unsealed 4/27/06

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CRAIG E. DURHAM__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

KNOWINGLY DISTRIBUTE MORE THAN 50 GRAMS OF CRACK COCAINE - ( COUNT I );
KNOWINGLY DISTRIBUTE MORE THAN 50 GRAMS OF CRACK COCAINE - ( COUNT V )

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and (b)(1)(A) and 21:846__

PETER T. DALLEO
Name of Issuing Officer

BY: _[signature]_ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

MAY 3, 2006 AT WILMINGTON, DE
Date and Location

FILED
MAY - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

CAPITOL GREEN, DOVER, DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/02/2006 | JEFFREY DUNN, SPECIAL AGENT | _[signature] Jeffrey Dunn_ |
| DATE OF ARREST | | |
| 05/04/2006 | | |