

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-50-04 GMS |
| | ) |
| CRAIG DURHAM, | ) **FILED UNDER SEAL** |
| | ) |
| Defendant. | ) |

### MOTION TO UNSEAL

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves the Court to unseal (1) documents related to the Memorandum of Plea Agreement for the defendant, Craig Durham (D.I. 50, 52, 53, 54); and (2) this Motion.

Counsel for defendant Craig Durham has informed the government that he does not oppose this application.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

DATED:    August 24, 2006

IT IS SO ORDERED this ____ day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

      I, Douglas E. McCann, hereby certify that I caused the foregoing Motion to Unseal to be served this 24th day of August, 2006 by First Class Mail on the following counsel:

Samuel Stretton, Esquire
301 S. High Street
P.O. Box# 3231
West Chester, PA 19381
610-696-4243

_____
Douglas E. McCann