IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. ) Criminal Action No. 06-50-GMS<br>)<br>WILLIE BROWN, et al., )<br>)<br>Defendants. ) | |

### GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

NOW COMES the United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann and Beth Moskow-Schnoll, Assistant United States Attorneys for the District of Delaware, and hereby moves the Court for an enlargement of time to file a Motion in Limine for the reasons set forth below:

1. At the pre-trial conference in this matter on April 23, 2007, the Court directed the government to brief the admissibility of intercepted conversations of the defendants and other purported conspirators by April 26, 2007.

2. Trial in this matter was continued from May 14, 2007, until June 18, 2007.

3. Because of matters arising in other cases, counsel for the government will be unable to complete its brief by the close of business on April 26, 2007. The government respectfully requests that it be allowed to file its brief on or before Tuesday, May 1, 2007. The government, of course, has no objection to any additional time needed by defense counsel because of this request.

4. Counsel for the government spoke with counsel for defendants Brown and Harrison, and neither has an objection to this request.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: April 26, 2007

IT IS SO ORDERED this 26th day of April, 2007.

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE