

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  
*1007 Orange Street, Suite 700*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*  
*FAX (302) 573-6220*

November 8, 2007

**BY CM/ECF**

Honorable Gregory M. Sleet
Chief Judge
United States District Court
  for the District of Delaware
844 King Street
Wilmington, Delaware 19801

  Re: **United States v. Brown, Cr. A. No. 06-50-01 GMS**

Dear Chief Judge Sleet:

  The government has reviewed defendant Brown's most recent *pro se* filing. D.I. 212. In sum, defendant Brown asks for new counsel, or to proceed *pro se*.

  The government has communicated with defense counsel about the defendant's *pro se* motion. The government wishes to try this case on schedule; however, following that conversation, the government has regrettably concluded that a hearing is now required with respect to status of the defendant's representation and his request to proceed *pro se*. On the first point, the government is strongly of the view that current defense counsel should be retained either as counsel of record or, if the defendant proceeds *pro se*, as stand-by counsel. On the second point, the government believes that the Court must engage in a *Peppers* colloquy with the defendant with regard to proceeding *pro se*. See *United States v. Peppers*, 302 F.3d 120 (3d Cir. 2002).

    The government respectfully requests that the Court set a hearing at its earliest convenience.

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

                            BY: /s/ Douglas E. McCann
                                      Douglas E. McCann
                                      Assistant United States Attorney

cc:    Jan A. T. Van Amerongen, Jr, Esquire (By CM/ECF)